IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARICO V. PATTERSON, | ) |
| Petitioner, | ) |
| v. | ) No. 2:25-cv-02947-SHL-tmp |
| STATE OF TENNESSEE, | ) |
| Respondent. | ) |

**ORDER DIRECTING PETITIONER TO FILE AN *IN FORMA PAUPERIS* AFFIDAVIT AND TRUST FUND ACCOUNT STATEMENT OR PAY THE HABEAS FILING FEE**

Petitioner Marico V. Patterson, Tennessee Department of Correction prisoner number 617213, who is incarcerated at the Shelby County Jail in Memphis, Tennessee, filed a *pro se* petition pursuant to 28 U.S.C. § 2254. (ECF No. 2.) Patterson failed to either pay the $5.00 habeas filing fee required by 28 U.S.C. § 1914(a) *or* submit an application to proceed *in forma pauperis* and a certified copy of his inmate trust fund account statement.

Within thirty days of the entry of this Order, Patterson is **ORDERED** to either pay the $5.00 filing fee or submit a properly completed *in forma pauperis* affidavit demonstrating his indigency, along with an inmate trust fund account statement.[1] The Clerk is **DIRECTED** to mail a copy of the prisoner Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) to Patterson along with this Order.

Failure to comply with this Order in a timely manner will result in dismissal of this action without further notice for failure to prosecute pursuant to Federal Rules of Civil Procedure 41(b).

---

[1] Patterson is advised that if his inmate trust account had a balance of at least $25.00 on the date his petition was filed, an application to proceed *in forma pauperis* will be denied.

**IT IS SO ORDERED,** this 20th day of October, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE